B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Saint Catherine Hosptial of Indiana LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Medical Center of Southern Indiana; DBA Saint Catherine Regional Hospital** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4134578** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2200 Market St**<br>**Charlestown, IN**<br>ZIP Code **47111** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Saint Catherine Hosptial of Indiana LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Saint Catherine Hosptial of Indiana LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**June 19, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert M Lane**
Signature of Authorized Individual

**Robert M Lane**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**June 19, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING
## OF
# SAINT CATHERINE HOSPITAL OF INDIANA, LLC

A special meeting of the managers of Saint Catherine Hospital of Indiana, LLC was held on the 18th day of June, 2012 at the offices of Seiller Waterman, LLC. Present was Robert M. Lane, sole manager.

Robert M. Lane stated that the company was unable to pay its debts as they accrued. Upon motion duly made, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to chapter 11 of title 11 U.S.C. and that Robert M. Lane is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.

> BE IT FURTHER RESOLVED that the company retain David M. Cantor and the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

/s/ Robert M. Lane_____
 Robert M. Lane

G:\doc\DMC\SAINT CAT HOSPITAL\Corp Resolution.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Saint Catherine Hosptial of Indiana LLC**        Case No. _____
<br>                                                    Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AEL Financial LLC**<br>**600 N Buffalo Grove Rd**<br>**Suite 203**<br>**Buffalo Grove, IL 60089** | **AEL Financial LLC**<br>**600 N Buffalo Grove Rd**<br>**Suite 203**<br>**Buffalo Grove, IL 60089** | | | **44,916.79** |
| **Capital Bluecross**<br>**POB 779519**<br>**Harrisburg, PA 17177-9519** | **Capital Bluecross**<br>**POB 779519**<br>**Harrisburg, PA 17177-9519** | | | **711,815.93** |
| **Clark County Treasurer**<br>**City County Building**<br>**Room 125**<br>**Jeffersonville, IN 47130** | **Clark County Treasurer**<br>**City County Building**<br>**Room 125**<br>**Jeffersonville, IN 47130** | | | **87,390.23** |
| **De Lange Landen Financial Services**<br>**Ref No 00000000547235**<br>**POB 41601**<br>**Philadelphia, PA 19101-1601** | **De Lange Landen Financial Services**<br>**Ref No 00000000547235**<br>**POB 41601**<br>**Philadelphia, PA 19101-1601** | | | **44,363.55** |
| **Duke Energy**<br>**POB 1326**<br>**Charlotte, NC 28201-1326** | **Duke Energy**<br>**POB 1326**<br>**Charlotte, NC 28201-1326** | | | **103,046.34** |
| **Dyan Sefton**<br>**Sefton Anesthesia Service**<br>**4680 Old Forest Road SW**<br>**Corydon, IN 47112** | **Dyan Sefton**<br>**Sefton Anesthesia Service**<br>**4680 Old Forest Road SW**<br>**Corydon, IN 47112** | | | **186,650.05** |
| **Healthcare Academy**<br>**POB 304**<br>**Florence, KY 41022** | **Healthcare Academy**<br>**POB 304**<br>**Florence, KY 41022** | | | **78,400.00** |
| **Healthcare Mgmt Systems Inc**<br>**2739 Momentum Place**<br>**Suite 400**<br>**Chicago, IL 60689-5327** | **Healthcare Mgmt Systems Inc**<br>**2739 Momentum Place**<br>**Suite 400**<br>**Chicago, IL 60689-5327** | | | **115,210.27** |
| **Indiana Dept of Revenue**<br>**100 N Senate Ave**<br>**Indianapolis, IN 46204** | **Indiana Dept of Revenue**<br>**100 N Senate Ave**<br>**Indianapolis, IN 46204** | | | **60,572.31** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Saint Catherine Hosptial of Indiana LLC**                                Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Indiana Dept of Workforce Dev<br>Employer Payment Section<br>10 N Senate Avenue<br>Indianapolis, IN 46204-2277 | Indiana Dept of Workforce Dev<br>Employer Payment Section<br>10 N Senate Avenue<br>Indianapolis, IN 46204-2277 | | | 39,331.83 |
| Indiana Emergency Physicians LLP<br>POB 793<br>Traverse City, MI 49684 | Indiana Emergency Physicians LLP<br>POB 793<br>Traverse City, MI 49684 | | | 399,833.31 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 105,855.59 |
| Lab Corp of America<br>POB 12140<br>Burlington, NC 27216-2140 | Lab Corp of America<br>POB 12140<br>Burlington, NC 27216-2140 | | | 63,972.72 |
| Park View Psychiatric Services<br>510 Spring Street<br>Jeffersonville, IN 47130 | Park View Psychiatric Services<br>510 Spring Street<br>Jeffersonville, IN 47130 | | | 49,999.98 |
| Santa Theresa<br>POB 186<br>Ashland, PA 17921 | Santa Theresa<br>POB 186<br>Ashland, PA 17921 | | | 3,226,267.87 |
| St Catherine Healthcare LLC<br>970 W Broadway #490<br>Jackson, WY 83001 | St Catherine Healthcare LLC<br>970 W Broadway #490<br>Jackson, WY 83001 | | | 2,542,683.02 |
| Staff Care Inc<br>POB 281923<br>Atlanta, GA 30384-1923 | Staff Care Inc<br>POB 281923<br>Atlanta, GA 30384-1923 | | | 71,265.89 |
| Stryker Orthopaedics<br>Box 93213<br>Chicago, IL 60673 | Stryker Orthopaedics<br>Box 93213<br>Chicago, IL 60673 | | | 40,911.82 |
| The Raynostix Group<br>11430 Waterson Ct Ste 500<br>Louisville, KY 40299 | The Raynostix Group<br>11430 Waterson Ct Ste 500<br>Louisville, KY 40299 | | | 57,419.67 |
| William G Schwab Chapter 7 Trustee<br>for St Catherine Hospital of PA LLC<br>811 Blakeslee Blvd Dr East<br>POB 56<br>Lehighton, PA 18235 | William G Schwab Chapter 7 Trustee<br>for St Catherine Hospital of PA LLC<br>811 Blakeslee Blvd Dr East<br>Lehighton, PA 18235 | | Disputed | 300,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Saint Catherine Hosptial of Indiana LLC**          Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 19, 2012** _____        Signature   **/s/ Robert M Lane** _____

                                                     **Robert M Lane**
                                                     **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

```
3M
2807 PAYSPHERE CIRCLE
CHICAGO, IL 60674




AAF INTERNATIONAL
1067 SOLUTIONS CENTER
CHICAGO, IL 60677-1000




AAPC
2480 SOUTH 3850 WEST B
SALT LAKE CITY, UT 84120




ABBOTT NUTRITION
75 REMITTANCE DRIVE
SUITE 1310
CHICAGO, IL 60675-1310




ADEEL HAQ
4613 OAK FOREST
LOUISVILLE, KY 40245




AEGIS ANALYTICAL LABORATORIES
POB 306013
NASHVILLE, TN 37230-6013




AEL FINANCIAL LLC
600 N BUFFALO GROVE RD
SUITE 203
BUFFALO GROVE, IL 60089
```

AHM LLC
POB 188
TAYLORSVILLE, IN 47280


ALERE NORTH AMERICA INC
POB 846153
BOSTON, MA 02284-6153


ALLENS HEATING & AIR INC
300 PIKE STREET
CHARLESTOWN, IN 47111


AMANDA WARD
11622 NEW MARKET ROAD
MARYSVILLE, IN 47141


AMBER HEMING
2113 FOUNTAIN CREST CIRCLE
JEFFERSONVILLE, IN 47130


AMERICAN COLLEGE OF RADIOLOGY
1891 PRESTON WHITE DRIVE
RESTON, VA 20191


AMERICAN MESSAGING
POB 5749
CAROL STREAM, IL 60197-5749

```
AMERICAN RED CROSS
POB 73013
CHICAGO, IL 60673




AMERISOURCERBERGEN DRUG CORP
1300 MORRIS DR
WAYNE, PA 19087




AMERISURE MUTUAL INSURANCE COMPANY
21583 NETWORK PLACE
CHICAGO, IL 60673-1215




AMY D BOTTOM
8504 N VALLEY VIEW DRIVE
GREENVILLE, IN 47124




ANDA INC
POB 930219
ATLANTA, GA 31193-0219




ANGELA WHITTEN
331 RIDGE RD
CHARLESTOWN, IN 47111




ANNETTE HOFF
8111 JORDAN DRIVE
CHARLESTOWN, IN 47111
```

ANODYNE THERAPY LLC
13570 WRIGHT CIRCLE
TAMPA, FL 33626

APEX SALES & REPAIR LLC
7703 LOCUST DRIVE
SELLERSBURG, IN 47172

ARJUN KALYANPUR & ASSOCIATES MD PC
900 CHAPEL STREET
STE 620
NEW HAVEN, CT 06510

ARROW ELECTRICAL CONTRACTORS
POB 36215
LOUISVILLE, KY 40233

ARROW INTERNATIONAL INC
POB 60519
CHARLOTTE, NC 28260

ARTEC ENVIRONMENTAL MONITORING
8047 CASTLETON ROAD
INDIANAPOLIS, IN 46250

ASCENT
POB 29387
PHOENIX, AZ 85038-9387

ASD SPECIALTY HEALTHCARE
POB 848104
DALLAS, TX 75284-8104


ASR HEALTH BENEFITS
KATINA ATWELL
3033 ORCHARD VISTA DR SE
GRAND RAPIDS, MI 49546


AT&T
POB 8100
AURORA, IL 60507-8100


AT&T LONG DISTANCE
POB 5017
CAROL STREAM, IL 60197-5017


AUREUS RADIOLOGY LLC
13609 CALIFORNIA STREET
OMAHA, NE 68154


BAKER & DANIELS LLP
111 E WAYNE STREET, STE 800
FORT WAYNE, IN 46802


BANDWIDTH.COM INC
75 REMITTANCE DRIVE
SUITE 6647
CHICAGO, IL 60675-6647

BARADA ASSOCIATES INC
130 E SECOND STREET
RUSHVILLE, IN 46173


BARD ACCESS
POB 75767
CHARLOTTE, NC 28275


BAXTER HEALTHCARE CORP
POB 70564
CHICAGO, IL 60673


BECKMAN COULTER CORPORATE CREDIT
MAILSTOP E2 SE02
250 S KRAEMER BLVD
BREA, CA 92821


BESLER & COMPANY INC
3 INDEPENDENCE WAY, STE 201
PRINCETON, NJ 08540


BETSY ANDERSON
POB 59
MEMPHIS, IN 47143


BIG G SUPPLY INC
600 PIKE STREET
CHARLESTOWN, IN 47111

BILL DOUG LEE
468 N 1250
DEPUTY, IN 47230


BIO-MEDICAL EQUIPMENT SERVICE
2709 SOUTH PARK ROAD
LOUISVILLE, KY 40219


BIO-RAD LABS
POB 9740
LOS ANGELES, CA 90084-9740


BLUEGRASS BIOMEDICAL INC
363 SOUTH 4TH STREET
DANVILLE, KY 40401


BLUEGRASS KESCO INC
1101 INDUSTRIAL BOULEVARD
LOUISVILLE, KY 40219


BOGGS PEST CONTROL INC
1611 BRIGMAN AVENUE
JEFFERSONVILLE, IN 47130


BOSTON SCIENTIFIC CORP
POB 951653
DALLAS, TX 75395

BOULDER INVESTMENT TRUST
1 E WASHINGTON ST STE 500
PHOENIX, AZ 85004


BRANDON BANET
101 CHRIS COURT
CHARLESTOWN, IN 47111


BSN MEDICAL INC
POB 751766
CHARLOTTE, NC 28275-1766


BUDGET PRINT CENTERS INC
902 E 10TH STREET
JEFFERSONVILLE, IN 47130


C-TECH MEDICAL SERVICES
POB 4083
JEFFERSONVILLE, IN 47130


C-WAY TOOL & DIE INC
103 INDUSTRIAL WAY
CHARLESTOWN, IN 47111


CALIPER
POB 2050
PRINCETON, NJ 08543-2050

CALLIE BRUCE
23319 DAISY HILL ROAD
BORDEN, IN 47106


CAPITAL BLUECROSS
POB 779519
HARRISBURG, PA 17177-9519


CARDINAL HEALTH
MEDICAL PRODUCTS & SERVICES
POB 70539
CHICAGO, IL 60673-0539


CARDINAL HEALTH
POB 70609
CHICAGO, IL 60673


CARDINAL UNIFORMS & SCRUBS
4014 DUTCHMANS LANE
LOUISVILLE, KY 40207


CAREFUSION 2200 INC
25146 NETWORK PLACE
CHICAGO, IL 60673-1250


CARLOS VEST
1428 VILLA COURT
CHARLESTOWN, IN 47111

CARRIE BIEHLE
2200 MARKET STREET
CHARLESTOWN, IN 47111

CARRIE L COCKLIN
4428 S SOPHIA COURT
BLOOMINGTON, IN 47401

CBR ASSOCIATES INC
1415 BROAD STREET
DURHAM, NC 27705

CDW GOVERNMENT INC
75 REMITTANCE DRIVE #1515
CHICAGO, IL 60675-1515

CENTRALIZED APPLICATION PROCESSING SVC
101 W CHESTNUT STREET, #102
LOUISVILLE, KY 40202

CENTURION MEDICAL PRODUCTS
POB 842816
BOSTON, MA 02284-2816

CHANNING BETE COMPANY INC
POB 84-5897
BOSTON, MA 02284-5897

CHARLENE HARBIN
15812 HIGHWAY 62
CHARLESTOWN, IN 47111


CHECKER CAB OF SOUTHERN INDIANA INC
POB 1581
NEW ALBANY, IN 47151-1581


CHEM-AQUA
23261 NETWORK PLACE
CHICAGO, IL 60673-1232


CHRISTA GRAYBACK-WALLO
225 MARION LANE
EASTON, PA 18042


CHRISTIE VOSKUHL
7701 HWY 403
CHARLESTOWN, IN 47111


CHUBB GROUP OF INSURANCE COMPANIES
POB 777-1630
PHILADELPHIA, PA 19175-1630


CITY OF CHARLESTOWN WATER
304 MAIN CROSS
CHARLESTOWN, IN 47111

CLAIM AID
8141 ZIONVILLE ROAD
INDIANAPOLIS, IN 46268-1626

CLARK COUNTY 4-H CLUB CORPORATION
9608 HIGHWAY 62, SUITE 1
CHARLESTOWN, IN 47111

CLARK COUNTY EMS
POB 589
MADISONVILLE, KY 42431

CLARK COUNTY TREASURER
CITY COUNTY BUILDING
ROOM 125
JEFFERSONVILLE, IN 47130

CLARK MEMORIAL HOSPITAL
POB 69
JEFFERSONVILLE, IN 47131

CLIA LABORATORY PROGRAM
POB 530882
ATLANTA, GA 30353-0882

COLEGATES
C/O JOSEPH COLGATE
4008 DIXIE HIGHWAY
LOUISVILLE, KY 40216

COLLEGE OF AMERICAN PATHOL
POB 71698
CHICAGO, IL 60694


COMFORT SYSTEMS USA
3405 ROBARDS COURT
LOUISVILLE, KY 40218


COMMEILLE OSKIN
2426 CORYDON PIKE, #33
NEW ALBANY, IN 47150


COMMONWEALTH X-RAY INC
POB 0825
NICHOLASVILLE, KY 40340


COMMUNITY PATHOLOGY LABORATORY LLC
POB 10
115 N PEACHTREE AVENUE
COOKEVILLE, TN 38501


CONTAINMENT TECHNOLOGIES GROUP
5460 VICTORY DRIVE
SUITE 300
INDIANAPOLIS, IN 46203


COOK MEDICAL INC
22988 NETWORK PLACE
CHICAGO, IL 60673-1229

COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO, IL 60673-1229


CR BARD INC
POB 75767
CHARLOTTE, NC 28275


CRISIS PREVENTION INSTITUTE INC
10850 W PARK PLACE
SUITE 600
MILWAUKEE, WI 53224


DALE SELLERS
7612 HIGH JACKSON ROAD
CHARLESTOWN, IN 47111


DALLMANN SYSTEMS INC
1247 BRIDGEPORT DRIVE
JEFFERSONVILLE, IN 47130


DARRELL ELLIS
272 S LAGRANGE HALL ROAD
HANOVER, IN 47243


DAVES & KELLY INC
DBA JACOBSON & ASSOC
POB 14748
LOUISVILLE, KY 40214

DAWNDRA HELTON
1920 LINDEN MEYER ROAD
UNDERWOOD, IN 47177


DBR PUBLISHING COMP LLC
POB 470303
TULSA, OK 74147-0303


DE LANGE LANDEN FINANCIAL SERVICES
REF NO 00000000547235
POB 41601
PHILADELPHIA, PA 19101-1601


DEBRA ZIMMER
2200 MARKET STREET
CHARLESTOWN, IN 47111


DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
4319 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


DEPARTMENT OF HOMELAND SECURITY
FISCAL DEPARTMENT
302 W WASHINGTON RM E221
INDIANAPOLIS, IN 46204


DIANA MILES
10729
 HIGHWAY 44 W
WEST POINT, KY 40177

```
DISABILITY DETERMINATION
ATTN SANA MORGAN
POB 7069
INDIANAPOLIS, IN 47206




DIVERSIFIED DISTRIBUTION
129 N RANDOLPH AVE
CLARKSVILLE, IN 47129




DORAN HAMMETT
2200 MARKET STREET
CHARLESTOWN, IN 47111




DORIS BIGLER
1638 LAWRENCE DRIVE
SCOTTSBURG, IN 47170




DOVE DATA PRODUCTS
POB 6106
FLORENCE, SC 29501




DR RICE BROADCASTING INC
POB 270
SCOTTSBURG, IN 47170




DUKE ENERGY
POB 1326
CHARLOTTE, NC 28201-1326
```

```
DYAN SEFTON
SEFTON ANESTHESIA SERVICE
4680 OLD FOREST ROAD SW
CORYDON, IN 47112




E&A SOLUTIONS INC
1037 W MAIN STREET, STE A
LEBANON, TN 37087




ECOLAB INC
POB 70343
CHICAGO, IL 60673-0343




EDWARD NORDHOFF
9510 OAKPARK ROAD NE
NEW SALISBURY, IN 47161




EDWARDS LIFESCIENCES
23146 NETWORK PLACE
CHICAGO, IL 60673




ELIZABETH OLADOKUN
320 NICLOE DR
DEPUTY, IN 47230




EMPI INC
POB 660154
DALLAS, TX 75266-0154
```

EMPLOYEE SATISFACTION COMMITTEE
2200 MARKET STREET
CHARLESTOWN, IN 47111


ENDO TECHNOLOGIES INC
6650 NEW NASHVILLE HWY
SUITE 100
SMYRNA, TN 37167


FDA-MQSA PROGRAM
POB 70953
CHARLOTTE, NC 28272-0953


FEDERAL EXPRESS
POB 94515
PALATINE, IL 60094-4515


FILE MANAGEMENT PROS LLC
278 C AMERICA PLACE
JEFFERSONVILLE, IN 47130


FISHER SCIENTIFIC CO LLC
ACCT 465806-002
13551 COLLECTIONS CENTER DR
CHICAGO, IL 60693


FLOYD MEMORIAL HOSPITAL
1850 STATE STREET
NEW ALBANY, IN 47150

FOOD MANAGEMENT GROUP INC
SUITE 205 PMB #538
11770 HAYNES BR ROAD
ALPHARETTA, GA 30004


GASMEDIX LLC
1415 N ROYAL AVENUE
SUITE 100
EVANSVILLE, IN 47715


GE HEALTHCARE FINANCIAL SERV
POB 641419
PITTSBURGH, PA 15264


GE MEDICAL SYSTEMS
POB 96483
CHICAGO, IL 60693


GENESIS MEDICAL IMAGING INC
DEPT 20-5010
POB 5988
CAROL STREAM, IL 60197-5988


GEORGE ALCORN
2580 MICHIGAN ROAD
MADISON, IN 47250


GEORGE K HALAMA
211 CROSSWINDS DRIVE
FAIRMONT, WV 26554

GEORGIA ZIPPIN
211 EHRINGER AVENUE
SELLERSBURG, IN 47172

GI SUPPLY
200 GRANDVIEW AVENUE
CAMP HILL, PA 17011-1706

GLAXOSMITHKLINE PHARMACEUTICALS
POB 740415
ATLANTA, GA 30374-0415

GLEN KINGSBURY
330 PARADISE AVENUE
SELLERSBURG, IN 47172

GLOBAL RECOVERY SERVICES
POB 105795
ATLANTA, GA 30348-9864

GORDON FOOD SERVICE
333 50TH ST SW
POB 2992
GRAND RAPIDS, MI 49501

GOULDS DISCOUNT MEDICAL
3901 DUTCHMANS LANE
LOUISVILLE, KY 40207-4726

GREATER CINCINNATI USBC WBA
9186 COLERAIN AVENUE
CINCINNATI, OH 45251


GREATER LOUISVILLE MEDICAL SOCIETY
101 W CHESTNUT STREET
LOUISVILLE, KY 40202-1881


GROTT LOCKSMITH CENTER INC
1112 WINCHESTER ROAD
LEXINGTON, KY 40505


GULF COAST ULTRA SOUND INSTIT
4615 GULF BOULEVARD
SUITE 205
SAINT PETERSBURG, FL 33706


HALL RENDER KILLIAN HEATH & LYMAN PC
39778 TREASURY CENTER
CHICAGO, IL 60694-9700


HEALTH CARE LOGISTICS
POB 400
CIRCLEVILLE, OH 43113-0400


HEALTHCARE ACADEMY
POB 304
FLORENCE, KY 41022

HEALTHCARE MGMT SYSTEMS INC
2739 MOMENTUM PLACE
SUITE 400
CHICAGO, IL 60689-5327


HELEN BURKE
8703 N DOGWOOD DRIVE
CHARLESTOWN, IN 47111


HENDERSONS FLOWER SHOP
1938 1/2 MARKET STREET
CHARLESTOWN, IN 47111


HENNESSY & WALKER
AMERICAN INSURANCE RECOVERY
217 WASHINGTON STREET
TOMS RIVER, NJ 08763


HILL ROM
POB 643592
PITTSBURGH, PA 15264


HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 60673-1245


HOME LODGE - SELLERSBURG
363 TRIANGLE DRIVE
SELLERSBURG, IN 47172

```
I-FLOW
KIMBERLY-CLARK GLOBAL SALES LLC
DEPT LA 22552
PASADENA, CA 91185-2522




IDENTIPHOTO CO LTD
1810 JOSEPH LLOYD PKWY
WILLOUGHBY, OH 44094




IMMUCOR INC
POB 102118
ATLANTA, GA 30368




IMPERIAL CREDIT CORPORATION
1001 WINSTEAD DRIVE
SUITE 500
CARY, NC 27513




IN GOVERNMENT/CIVICNET
10 W MARKET STREET, STE 600
POB 6047
INDIANAPOLIS, IN 46206-6047




INDIANA DEPARTMENT OF REVENUE
POB 1028
INDIANAPOLIS, IN 46206-1028




INDIANA DEPT OF REVENUE
100 N SENATE AVE
INDIANAPOLIS, IN 46204
```

INDIANA DEPT OF WORKFORCE DEV
EMPLOYER PAYMENT SECTION
10 N SENATE AVENUE
INDIANAPOLIS, IN 46204-2277


INDIANA EMERGENCY PHYSICIANS LLP
POB 793
TRAVERSE CITY, MI 49684


INDIANA HOSPITAL & HEALTH ASSOC
ONE AMERICAN SQUARE
SUITE 1900
INDIANAPOLIS, IN 46282


INDIANA UNIVERSITY HEALTH
MORGAN HOSPITAL
2209 JOHN R WOODEN DR
MARTINSVILLE, IN 46151


INDUSTRIAL DISPOSAL COMPANY
POB 9001099
LOUISVILLE, KY 40290-1099


INFECTIOUS DISEASE RESEARCH ASSOC PSC
1509 FOX RUN TRAIL
JEFFERSONVILLE, IN 47130-8703


INGENIX
POB 27116
SALT LAKE CITY, UT 84127-0116

INGENIX SUBROGATION SERVICES
75 REMITTANCE DRIVE
SUITE 6019
CHICAGO, IL 60675-6019


INSIGHT
POB 740273
CINCINNATI, OH 45274-0273


INSTY PRINTS
590 MISSOURI AVENUE, STE 102
POB 812
JEFFERSONVILLE, IN 47130


INTEGRITY RECRUITERS INC NEVADA
5348 VEGAS DRIVE, #1073
LAS VEGAS, NV 89108-2347


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
1001 WINSTEAD DRIVE
SUITE 500
CARY, NC 27513


IRIS WALKER
3300 LESTER AVENUE
LOUISVILLE, KY 40215

J & J HEALTH CARE SYSTEMS INC
POB 406663
ATLANTA, GA 30384-6663


J&J HEALTHCARE
POB 406663
ATLANTA, GA 30384


JACQUE HANGER
8906 STONEMOUR WAY
CHARLESTOWN, IN 47111


JAMIE BELICOVE
135 ADAMS STREET
NEW ALBANY, IN 47150


JAY C CUSTOMER CHARGES
3439 SOLUTIONS CENTER
CHICAGO, IL 60677-3004


JERRY J WEINBERGER
415 WYOMING AVENUE
SCRANTON, PA 18503


JERRY VEST
172 FIFTH STREET
CHARLESTOWN, IN 47111

JIM GRIGSBY CONSULTING LLC
POB 1326
ROSELAND, FL 32957


JOANNA CRONE
2200 MARKET STREET
CHARLESTOWN, IN 47111


JOHNNY DOWNS
1060 MAIN STREET
CHARLESTOWN, IN 47111


JOHNNY GUFFEY
125 KENWOOD AVENUE
CHARLESTOWN, IN 47111


JOHNSON CONTROLS INC
POB 905240
CHARLOTTE, NC 28290-5240


JOHNSON MORGAN & WHITE TRUST ACCOUNT
6800 BROKEN SOUND PKWY
BOCA RATON, FL 33487-2788


JOINT COMMISSION (JCAHO)
POB 92775
CHICAGO, IL 60675-2775

JOINT COMMISSION RESOURCES
POB 75751
CHICAGO, IL 60675-5751


JOSEPH BEAVEN MD
2100 MARKET STREET
SUITE 206
CHARLESTOWN, IN 47111


JOSHUA BRYANT
2200 MARKET STREET
CHARLESTOWN, IN 47111


JUDY KRAUSE
2216 PALMER CT
NEW ALBANY, IN 47150


JULIE STAKELIN
717 PLAZA DRIVE
JEFFERSONVILLE, IN 47130


KARL STORZ
POB 41602
PHILADELPHIA, PA 19101-1602


KARL STORZ ENDOSCOPY-AMERICA INC
DOLORES BROWNSTEIN-SALES OPS
2151 E GRAND AVENUE
EL SEGUNDO, CA 90245

KARL STORZ FINANCIAL SERVICES
PROPERTY TAX
POB 6434
CAROL STREAM, IL 60197-6434


KCI USA
POB 203086
HOUSTON, TX 77216-3086


KENTUCKY PACKAGING SERVICE LP
DEPT 1688 - 13
DENVER, CO 80291-1688


KENWAY DISTRIBUTORS INC
POB 9347
LOUISVILLE, KY 40209


KEY VOICE & DATA SOLUTIONS
POB 36
FLOYDS KNOBS, IN 47119


KHEDER KUTMAH MD
5107 CRAIGS CREEK DRIVE
LOUISVILLE, KY 40241


KIMBERLY SCHLAGETER
9308 CHARLESTOWN NEW MARKET RD
CHARLESTOWN, IN 47111

KIMBERLY-CLARK
POB 915003
DALLAS, TX 75391-5003


KINGS DAUGHTERS
POB 159
MADISON, IN 47250


KLOSTERMAN BAKING COMPANY
POB 712572
CINCINNATI, OH 45271


KOORSEN FIRE & SECURITY INC
2719 N ARLINGTON AVENUE
INDIANAPOLIS, IN 46218-3322


KRIEG DEVAULT LLP
ONE INDIANA SQUARE
SUITE 2800
INDIANAPOLIS, IN 46204-2079


KROLL BACKGROUND AMERICA INC
POB 847514
DALLAS, TX 75284-7514


KRONS FIRE EXTINGUISHER SALES & SERVICE
POB 174
NEW ALBANY, IN 47150

LAB CORP OF AMERICA
POB 12140
BURLINGTON, NC 27216-2140


LABSCO
POB 670269
DALLAS, TX 75267-0269


LAKELAND BANK
ADMINISTRATIVE CENTER
POB 98
OAKLAND, NJ 07436


LANAK & HANNA PC
CLIENT TRUST ACCOUNT
625 THE CITY DRIVE, STE 190
ORANGE, CA 92868


LANDAUER INC
POB 809051
CHICAGO, IL 60680-9051


LANGER INC
2905 VETERANS MEMORIAL HIGHWAY
RONKONKOMA, NY 11779


LARRY BOWER
3546 PEACH TREET STREET
JEFFERSONVILLE, IN 47130

```
LEAF
POB 644006
CINCINNATI, OH 45264-4006




LEHA SIMMONS
5022 LUKE LN
SELLERSBURG, IN 47172




LIBS PAVING CO INC
7001 ATKINS ROAD
FLOYDS KNOBS, IN 47119




LINCOLN NATIONAL LIFE INSURANCE CO
POB 0821
CAROL STREAM, IL 60132-0821




LINDA CRIMALDI
7910 STACY ROAD
CHARLESTOWN, IN 47111




LINDA WALLMARK
4566 S SOMMERSVILLE ROAD
SCOTTSBURG, IN 47170




LISA BROWN
10706 E CO ROAD 200 S
CROTHERSVILLE, IN 47229
```

LISA COLE
11312 COLE ROAD
NABB, IN 47147


LOGANS
POB 643958
CINCINNATI, OH 45264-3958


LOGIQUIP HEALTHCARE
POB 278
GALESBURG, MI 49053-0278


LOUISVILLE PHARMACY
4014 DUTCHMANS LANE
LOUISVILLE, KY 40207


MAILFINANCE
POB 45840
SAN FRANCISCO, CA 94145-0840


MAINE STANDARD
765 ROOSEVELT TRAIL
SUUITE 9A
WINDHAM, ME 04062


MARCELLA L GRIFFITH
960 HIGHWAY 3
MARYSVILLE, IN 47141

MARJORIE D STEWART
1116 WATER STREET
CHARLESTOWN, IN 47111


MARTHA GREGORY & ASSOC INC
3010 TAYLOR SPRINGS DRIVE
LOUISVILLE, KY 40220


MARY WADE
301 HALCYON
CHARLESTOWN, IN 47111


MARYSVILLE TRUE VALUE HARDWARE
10206 HIGHWAY 3
MARYSVILLE, IN 47141


MD-IT
POB 844797
DALLAS, TX 75284-4797


MED ONE CAPITAL FUNDING LLC
POB 708278
SANDY, UT 84070


MED-LINK STAFFING INC
163 HAMPTON POINT DRIVE
SUITE 3
ST. AUGUSTINE, FL 32092

MEDI-DOSE INC
CUSTOMER #11 - 0015077
LOCKBOX 238
JAMISON, PA 18929-0238


MEDICAL ARTS PRESS
POB 37647
PHILADELPHIA, PA 19101-0647


MEDICAL IMAGING CONSULTANTS INC
ACCOUNTS RECEIVABLE
1037 US HWY 46, STE G2
CLIFTON, NJ 07013


MEDLINE INDUSTRIES INC
POB 382075
PITTSBURGH, PA 15251-8075


MEDRAD INC
POB 360172
PITTSBURGH, PA 15251-6172


MEDTRONIC USA INC
4642 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


MERIDIAN CPA
10401 N MERIDIAN STREET
SUITE 280
INDIANAPOLIS, IN 46290

MERLYN KNAPP
4651 LAKE DRIVE
CELINA, TX 75009


METRO UNITED WAY INC
DEPT 52860
POB 950148
LOUISVILLE, KY 40295-0148


MICHAEL GROVES
107 SYMINGTON DRIVE
MARTINSBURG, WV 25404


MIDWEST COPY
PO BOX 129
LEO, IN 46765


MINDA LAMB
53 WYNN GATE CT
NEW ALBANY, IN 47150


MINDRAY DS USA INC
24312 NETWORK PLACE
CHICAGO, IL 60673-1243


MOORE WALLACE
POB 93514
CHICAGO, IL 60673-3514

MR PEST CONTROL & TERMITE
1397 HIGHWAY 62
CHARLESTOWN, IN 47111


MSH ENTERPRISES INC
105 SIDNEY COURT
NEW ALBANY, IN 47150


MVAP MEDICAL SUPPLIES INC
1415 LAWRENCE DRIVE
NEWBURY PARK, CA 91320


NATIONAL FIRE PROTECTION ASSOCIATION
11 TRACY DRIVE
COLUMBIA, SC 29203


NEOFUNDS BY NEOPOST
POB 30193
TAMPA, FL 33630-3193


NEXTEL PARTNERS INC
POB 4181
CAROL STREAM, IL 60197-4481


NICK MCLAUGHLIN
823 APPLEGATE LN #66
CLARKSVILLE, IN 47129

NIHON KOHDEN AMERICA INC
6017 SOLUTIONS CENTER
LOCKBOX #776017
CHICAGO, IL 60677-6000


NORLIGHT
POB 740094
CINCINNATI, OH 45274-0094


NORTHERN MEDICAL SURGICAL INC
131 E WISCONSIN AVENUE
PEWAUKEE, WI 53072


NOVAMED INC
8136 N LAWNDALE AVENUE
SKOKIE, IL 60076


NOVARAD INC
ACCOUNTS RECEIVABLE DEPARTMENT
752 E 1180 SOUTH, STE 200
AMERICAN FORK, UT 84003


NU YALE CLEANERS
6300 E HIGHWAY 62
JEFFERSONVILLE, IN 47130-8770


OBESITY HELP INC
POB 1504
OAKLEY, CA 94561-1504

OCCUPATIENT MEDICAL SERVICES PC
5651 FIRST BLVD, STE 306
POB 293175
HERMITAGE, TN 37076


OLYMPUS AMERICA INC
BOX 200194
PITTSBURGH, PA 15251-0194


ONE SOUTHERN INDIANA INC
4100 CHARLESTOWN ROAD
NEW ALBANY, IN 47150-9538


ONEIDA GRUNDEN
POB 83
HUNTINGBURG, IN 47542


ONSITE SERVICES
1650 RESEARCH DRIVE
SUITE 250
TROY, MI 48083


OTTERSBACH ENTERPRISES INC
POB 327
366 S GARDNER STREET
SCOTTSBURG, IN 47170


OWENS & MINOR
POB 644783
PITTSBURGH, PA 15264-4783

PARK VIEW PSYCHIATRIC SERVICES
510 SPRING STREET
JEFFERSONVILLE, IN 47130

PATIENTBUILDER.COM
2808 S INGRAM MILL ROAD
BUILDING B
SPRINGFIELD, MO 65804

PATRICIA EDWARDS
2200 MARKET STREET
CHARLESTOWN, IN 47111

PERRY BAROMEDICAL CORPORATION
3750 PROSPECT AVENUE
WEST PALM BEACH, FL 33404-3443

PHG TECHNOLOGIES LLC
5203 MARYLAND WAY
SUITE 200
BRENTWOOD, TN 37027

PHILIPS/AGILENT TECHNOLOGIES
POB 847182
DALLAS, TX 75284-7182

PHYSIO-CONTROL INC
12100 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PIAZZA PRODUCE INC
POB 68931
INDIANAPOLIS, IN 46268-0931


PIONEER NEWS
POB 1118
SHELBYVILLE, KY 40066-1118


PIRATE PRIDE BOOSTER CLUB
C/O CHARLESTOWN HS
1 PIRATE PLACE
CHARLESTOWN, IN 47111


POSITIVE PROMOTIONS
15 GILPIN AVENUE
POB 18021
HAUPPAUGE, NY 11788-8821


PRAIRIE FARMS DAIRY
POB 176
HOLLAND, IN 47541


PREMIER SCALES & SYSTEMS
POB 6258
EVANSVILLE, IN 47719-0258


PRESIDENTIAL HEALTHCARE CREDIT CORP
3460 PRESTON RIDGE RD STE 550
ALPHARETTA, GA 30005

PRIME ALLIANCE BANK
1868 S 500 WEST
WOODS CROSS, UT 84087


PRO-MED CLINICAL SYSTEMS LLC
POB 8461
POMPANO BEACH, FL 33075


PROGRESSIVE
POB 2862
CLINTON, IA 52733


PROSSER SCHOOL OF TECHNOLOGY
4202 CHARLESTOWN ROAD
NEW ALBANY, IN 47150


RADIOMETER AMERICA INC
13217 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


RAMADA LIMITED & SUITES
360 TRIANGLE DRIVE
SELLERSBURG, IN 47172


REBECCA AKERS
7508 WESTBROOK DRIVE
CHARLESTOWN, IN 47111

REBECCA CHASE
815 HATCHER HILL ROAD
CARROLLTON, KY 41008


RELAY HEALTH INC
POB 403421
ATLANTA, GA 30384-3421


RELIABLE EXPRESS INC
POB 178
PALMYRA, IN 47164


RELIABLE OFFICE SUPPLIES
POB 105529
ATLANTA, GA 30348-5529


RESPIRONICS INC
POB 405740
ATLANTA, GA 30384-5740


RICHARD KING
212 LOWELL AVENUE
CHARLESTOWN, IN 47111


RICHARD LOCKHART
831 MORRIS AVENUE
JEFFERSONVILLE, IN 47130

RICK HELM
16219 BEACHWOOD DRIVE
CHARLESTOWN, IN 47111


RITA PROFITT
1119 LEON PRALL ROAD
OTISCO, IN 47163


ROCHE DIAGNOSTIC SYSTEM
MAIL CODE 5508
POB 105046
ATLANTA, GA 30348-5046


ROGERS SEWER & DRAIN INC
POB 385
CHARLESTOWN, IN 47111


RONALD WEISS MD
642 WALTS ROAD
GEORGETOWN, IN 47122


ROSEMARY CUNNINGHAM
2200 MARKET STREET
CHARLESTOWN, IN 47111


ROSIE TAULBEE
8803 HARRISON PIKE
CLEVES, OH 45002

SAGAMORE HEALTH NETWORK INC
POB 716025
CINCINNATI, OH 45271-6025


SAINT CATHERINE MEDICAL CENTER
FOUNTAIN SPRINGS
101 BROAD STREET
ASHLAND, PA 17921


SAINT CATHERINE REGIONAL HOSPITAL
POB 9
CHARLESTOWN, IN 47111


SAMMONS/PRESTON INC
POB 93040
CHICAGO, IL 60673-3040


SANTA THERESA
POB 186
ASHLAND, PA 17921


SCOT MAILING & SHIPPING SYSTEM
11461 BLANKENBAKER ACCESS #103
LOUISVILLE, KY 40299


SELLERSBURG WATER & SEWER
POB 175
SELLERSBURG, IN 47172

SIEMENS FINANCIAL SERVICES
PROPERTY TAX
POB 2083
CAROL STREAM, IL 60132-2083


SIEMENS FINANICAL SVCS INC
170 WOOD AVE
ISELIN, NJ 08830


SIEMENS HEALTHCARE DIAGNOSTICS
POB 121102
DALLAS, TX 75312-1102


SIEMENS MEDICAL SOLUTIONS
POB 121102
DALLAS, TX 75312-1102


SIEMENS MEDICAL SOLUTIONS USA
51 VALLEY STREAM PKWY
MALVERN, PA 19355


SIEMENS WATER TECHNOLOGIES CORP
POB 360766
PITTSBURGH, PA 15250-6766


SIGMA INTERNATIONAL GENERAL MEDICAL
  APPARATUS LLC
POB 64695
BALTIMORE, MD 21264-4695

SIGNS OF THE TIMES
714 MT TABOR ROAD
NEW ALBANY, IN 47150


SIMPLEX GRINNELL LP
DEPT CH 10320
PALATINE, IL 60055


SMITH & NEPHEW ORTHOPAEDICS
POB 933782
ATLANTA, GA 31193-3782


SMITH & SCHAEFER
3035 READING ROAD
CINCINNATI, OH 45206


SMITHS MEDICAL ASD INC
POB 7247-7784
PHILADELPHIA, PA 19170-7784


SOLSTAS LAB PARTNERS
POB 35907
GREENSBORO, NC 27425-5907


SONMARK INC
9208 MARSE HENRY RD
LOUISVILLE, KY 40299

SOSTAS LAB PARTNERS GROUP LLC
POB 751337
CHARLOTTE, NC 28275-1337


SOURCEONE HEALTHCORE TECHNOLOGIES INC
POB 8004
MENTOR, OH 44061-8004


ST CATHERINE HEALTHCARE LLC
970 W BROADWAY #490
JACKSON, WY 83001


ST JOHN CO
POB 51263
LOS ANGELES, CA 90051


STAFF CARE INC
POB 281923
ATLANTA, GA 30384-1923


STANDARD REGISTER CO
POB 91047
CHICAGO, IL 60693


STANLEY ACCESS TECH
POB 0371595
PITTSBURGH, PA 15251-7595

STAPLES ADVANTAGE
POB 71217
CHICAGO, IL 60694


STATE OF INDIANA
ATTN JANA MORGAN
POB 7069
INDIANAPOLIS, IN 46207


STERICYCLE INC
POB 6575
CAROL STREAM, IL 60197-6575


STEVEN GOLDBERG
4213 ASHLEY WOOD COURT
LOUISVILLE, KY 40241


STORAGE EXPRESS
POB 70
BLOOMINGTON, IN 47402-0070


STRYKER ENDOSCOPY
POB 93276
CHICAGO, IL 60673


STRYKER FINANCIAL SOLUTIONS
REF NO 000000000592521
POB 41602
PHILADELPHIA, PA 19101-1602

```
STRYKER INSTRUMENTS
POB 70119
CHICAGO, IL 60673




STRYKER ORTHOPAEDICS
BOX 93213
CHICAGO, IL 60673




SUMMIT PROFESSIONAL EDUCATION
POB 908
FRANKLIN, TN 37065




SUSAN L MATHEWS
3008 AUTUMN HILL COURT
NEW ALBANY, IN 47150




SYNTHES
POB 8538-662
PHILADELPHIA, PA 19171-0662




TAMELA ASH
7805 OLD HWY 60
SELLERSBURG, IN 47172




TANYA ZOLLMAN
111 HALCYON DRIVE
CHARLESTOWN, IN 47111
```

TCF EQUIPMENT FINANCE
POB 77077
MINNEAPOLIS, MN 55480-7777


TELEMED SYSTEMS INC
8 KANE INDUSTRIAL DRIVE
HUDSON, MA 01749


TELINTERPRETERS
POB 202572
DALLAS, TX 75320-2572


THE AMERICAN CIVIL DEFENSE ASSOCIATION
11576 S STATE STREET #502
DRAPER, UT 84020-7111


THE ATLANTIC GROUP MGMT RECRUITER
 OF MELBOURNE, IN
1600 SARNO ROAD, STE 212
MELBOURNE, FL 32935


THE COURIER JOURNAL
POB 677353
DALLAS, TX 75267-7353


THE LANG COMPANY
540 SOUTH 13TH STREET
LOUISVILLE, KY 40203-1796

THE MADISON COURIER
310 COURIER SQUARE
MADISON, IN 47250

THE MURPHY ELEVATOR CO INC
128 EAST MAIN STREET
LOUISVILLE, KY 40202

THE RAYNOSTIX GROUP
11430 WATERSON CT STE 500
LOUISVILLE, KY 40299

THE REMIT CORPORATION
POB 7
BLOOMSBURG, PA 17815-0007

THE RETIREMENT ADVANTAGE INC
DEPT 5260
POB 3090
MILWAUKEE, WI 53201-3090

THERMAL EQUIPMENT SALES
612 BIZZELL DRIVE
LEXINGTON, KY 40510-1003

THOMAS L WHITTENBERG
724 LAKE WAY DRIVE
MURRAY, KY 42071

```
THOMPSON PUBLISHING GROUP
POB 26185
TAMPA, FL 33633-0922




TINA COLLINS
16006 BEECHWOOD DRIVE
CHARLESTOWN, IN 47111




TOWN PLACE SUITES
703 N SHORE DR
JEFFERSONVILLE, IN 47130




TRANSUNION CORPORATION
POB 99506
CHICAGO, IL 60693-9506




TYLER MOUNTAIN WATER CO INC
POB 849
NITRO, WV 25143




UNITED GROUP PROGRAMS INC
4 TERRY DR #1
NEWTOWN, PA 18940




US FOODSERVICE
BOX 660088
INDIANAPOLIS, IN 46266-0088
```

VANDANA BHATT
3602 ROLLING RDIGE WAY
DEPUTY, IN 47230


VECTREN ENERGY DELIVERY
POB 6248
INDIANAPOLIS, IN 46206-6248


VERSACOM INC
1291 N AIRPORT PARKWAY
GREENWOOD, IN 46143


VGM FINANCIAL SERVICES
POB 77077
MINNEAPOLIS, MN 55480-7777


VICKI LOU DESHONG
2377 BRDGEWATER RD
SCOTTSBURG, IN 47170


VITAL CARE REPS INC
SUITE 1B
18470 THOMPSON COURT
TINLEY PARK, IL 60477


VOCIS LLC
8442 DIXIE HIGHWAY
LOUISVILLE, KY 40258

WALTER D JONES
5000 DUNVEGAN ROAD
LOUISVILLE, KY 40222


WEBMEDX
3350 RIVERWOOD PARKWAY
SUITE 1850
ATLANTA, GA 30339


WELDING & THERAPY
5010 CRITTENDEN DRIVE
LOUISVILLE, KY 40209


WELLS FARGO
POB 10328
DES MOINES, IA 50306


WHITLEY H COURTENAY
6715 HARRODS VIEW CIRCLE
PROSPECT, KY 40059


WILBUR M RUBY POST 204
THE AMERICAN LEGION
412 N NEW ALBANY STREET
SELLERSBURG, IN 47172


WILLIAM G SCHWAB
C/O JEFFREY D KURTZMAN ESQ
KLEHR HARRIOSN HARVEY BRANZBURG ET AL
260 S BROAD ST
PHILADELPHIA, PA 19102

WILLIAM G SCHWAB CHAPTER 7 TRUSTEE
FOR ST CATHERINE HOSPITAL OF PA LLC
811 BLAKESLEE BLVD DR EAST
POB 56
LEHIGHTON, PA 18235


WILLIAM H GARNER MD
919 E SPRING STREET
NEW ALBANY, IN 47150


WILLIAM JACKSON
6502 WESTWOOD DR
CHARLESTOWN, IN 47111


WILLIAM VOSKUHL MD
7701 HWY 403
CHARLESTOWN, IN 47111


WINDRIVER CORP OF WY LLC
POB 186
ASHLAND, PA 17921


WINSTON R SKAGGS
C/O MIKE PEAY POA
1725 BALLOU
FLOYDS KNOBS, IN 47119


WW GRAINGER INC
DEPARTMENT 869699017
PALATINE, IL 60038-0001

```
WW WILLIAMS
DEPT L 303
COLUMBUS, OH 43260-9303




ZIP EXPRESS COURIER SERVICE
POB 33101
LOUISVILLE, KY 40232
```

# United States Bankruptcy Court
## Southern District of Indiana

In re __Saint Catherine Hosptial of Indiana LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Saint Catherine Hosptial of Indiana LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 19, 2012__

Date

/s/ David M Cantor

**David M Cantor**

Signature of Attorney or Litigant

Counsel for __Saint Catherine Hosptial of Indiana LLC__

**Seiller Waterman LLC**
**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
**502-584-7400 Fax:502-583-2100**