B6D (Official Form 6D) (12/07)

In re **Saint Catherine Hospital of Indiana LLC**, Case No. **12-91316-BHL**
  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Amerisourcebergen Drug Corp<br>1300 Morris Dr<br>Wayne, PA 19087 | | - | All assets<br><br>Value $    25,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br><br>Beckman Coulter Corporate Credit<br>Mailstop E2 SE02<br>250 S Kraemer Blvd<br>Brea, CA 92821 | | - | Medical equipment<br><br>Value $    Unknown | | | | 48,122.42 | Unknown |
| Account No.<br><br>Boulder Investment Trust<br>150 E Washington St Ste 500<br>Phoenix, AZ 85004 | | - | All assests<br><br>Value $    Unknown | | | | 4,579,065.41 | Unknown |
| Account No.<br><br>Dell Financial Services<br>Payment Processing Center<br>4319 Collection Center Drive<br>Chicago, IL 60693 | | - | Computer equipment<br><br>Value $    Unknown | | | | 12,398.13 | Unknown |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 4,664,585.96 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Saint Catherine Hospital of Indiana LLC**  ,   Case No.  **12-91316-BHL**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**GE Healthcare Financial Serv<br>POB 641419<br>Pittsburgh, PA 15264** | - | | **Ultrasound equipment**<br><br>Value $  **Unknown** | | | | **44,101.61** | **Unknown** |
| Account No.<br>**Med One Capital Funding LLC<br>POB 708278<br>Sandy, UT 84070** | - | | **Medical equipment**<br><br>Value $  **Unknown** | | | | **6,847.50** | **Unknown** |
| Account No.<br>**Presidential Healthcare Credit Corp<br>3460 Preston Ridge Rd Ste 550<br>Alpharetta, GA 30005** | - | | **Accounts**<br><br>Value $  **Unknown** | | | | **446,496.74** | **Unknown** |
| Account No.<br>**Prime Alliance Bank<br>1868 S 500 West<br>Woods Cross, UT 84087** | - | | **Medical equipment**<br><br>Value $  **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Siemens Finanical Svcs Inc<br>170 Wood Ave<br>Iselin, NJ 08830** | - | | **Medical equipment**<br><br>Value $  **Unknown** | | | X | **Unknown** | **Unknown** |

Sheet   **1**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **497,445.85**   **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Saint Catherine Hospital of Indiana LLC**,     Case No. **12-91316-BHL**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Siemens Medical Solutions USA**<br>**51 Valley Stream Pkwy**<br>**Malvern, PA 19355** | | - | **Medical equipment**<br><br><br><br>Value $     **Unknown** | | | | **99,763.66** | **Unknown** |
| Account No.<br><br>**Wells Fargo Financial Leasing Inc**<br>**POB 10328**<br>**Des Moines, IA 50306** | | - | **Endoscopy equipment**<br>**UCC filed in Indiana**<br>**Debtor believes this acct has been pd**<br><br>Value $     **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Windriver Corp Of WY LLC**<br>**POB 186**<br>**Ashland, PA 17921** | | - | **All assets**<br><br><br><br>Value $     **Unknown** | | | | **568,000.00** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    **667,763.66**    **0.00**

Total (Report on Summary of Schedules)    **5,829,795.47**    **0.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Saint Catherine Hospital of Indiana LLC**　　　　　　　　Case No.  **12-91316-BHL**
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULE D

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedule, consisting of __4__ sheets, and that it is true and correct to the best of my knowledge, information, and belief.

Date  **June 22, 2012**　　　　　　　Signature  **/s/ Robert M Lane**
　　　　　　　　　　　　　　　　　　　　　　　　**Robert M Lane**
　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.