IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAINT CATHERINE HOSPITAL OF INDIANA, LLC., | ) ) | CASE NO. 12-91316 BHL 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Comes now the United States Trustee, Nancy J. Gargula, by Laura A. DuVall, Trial Attorney, and appoints the following as members of the Official Committee of Unsecured Creditors (the "Committee"). For other creditors who might wish to be added to the Committee, please contact undersigned counsel regarding the same.

Sefton Anesthesia Services
Attn: Dyan Sefton, CRNA
4686 Old Forest Road, SW
Corydon, IN 47112
812-738-7606 tx
anesdyan@hotmail.com

Dr. Kheder Kutmah
5107 Craigs Creek Drive
Louisville, KY 40241
859-992-4660 tx
877-729-2827 fx
kkutmah@pol.net

Indiana Emergency Physicians, LLP
Attn: Randy Howell
4075 Copper Ridge Drive
Traverse City, MI 49684-4796
231-946-8970 tx
231-932-4128 fx
rhowell@eci-med.com

1

        Respectfully Submitted,

        Nancy J. Gargula
        UNITED STATES TRUSTEE

By:  /s/ Laura A. DuVall
        Laura A. DuVall
        Office of the United States Trustee
        101 W. Ohio Street, Suite 1000
        Indianapolis, IN 46204
        Tel. (317) 226-2769
        Fax (317) 226-6356
        Laura.Duvall@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David M. Cantor   cantor@derbycitylaw.com   belliott@derbycitylaw.com   patenaude@derbycitylaw.com   yeager@derbycitylaw.com   mcghee@derbycitylaw.com
Rachele L. Cummins   rachele@smithcarpenterlaw.com
Laura A DuVall   Laura.Duvall@usdoj.gov
Michael R Johnson   mjohnson@rqn.com   sglendening@rqn.com   docket@rqn.com
James Edwin McGhee   mcghee@derbycitylaw.com   belliott@derbycitylaw.com   patenaude@derbycitylaw.com
Brian H Meldrum   bmeldrum@stites.com
Whitney L Mosby   wmosby@bgdlegal.com   mmcclain@bgdlegal.com
Mark J. Sandlin   msandlin@goldbergsimpson.com   kbenedict@goldbergsimpson.com
Stephen W Voelker   klvswv@aol.com   llkeown@aol.com
W. Brian Burnette   bburnette@afpfirm.com

I further certify that on July 19, 2012, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Commeille Oskin
1310 Jackson Street
Owensboro, KY 42303

Saint Catherine Hospital of Indiana LLC
2200 Market St
Charlestown, IN 47111

    /s/ Laura A. DuVall
    Laura A. DuVall

3