UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SAINT CATHERINE HOSPITAL ) | |
| OF INDIANA, LLC ) | CHAPTER 11 |
| ) | |
| Debtor ) | CASE NO. 12-91316-BHL-11 |
| ) | |

## NOTICE OF TERMINATION OF LENDING FACILITY

Comes Now Presidential HealthCare Credit Corporation ("PHCC") and givens notice that Saint Catherine Hospital of Indiana, LLC (the "Debtor") has paid in full the outstanding loan balance and fees to date owed to PHCC pursuant to the lending facility evidenced and governed by that certain Revolving Credit and Security Agreement executed on March 31, 2009, as amended ("Loan Agreement"), between the Debtor and PHCC which governed the DIP lending facility approved by the Court on September 13, 2012 (the "Lending Facility"). As a result, the Lending Facility has been terminated and no additional loan advances will be made to the Debtor under the Loan Agreement.

PHCC provides this notice for informational purposes only and does not seek any affirmative relief from the Court through this filing.

Dated: November 12, 2012.

                                                */s/ Brian H. Meldrum*
                                                Brian H. Meldrum
                                                W. Robert Meyer
                                                STITES & HARBISON PLLC
                                                400 West Market Street
                                                Suite 1800
                                                Louisville, KY 40202
                                                Phone: (502) 587-3400
                                                COUNSEL FOR PRESIDENTIAL
                                                HEALTHCARE CREDIT CORPORATION

905733:1:LOUISVILLE

## **CERTIFICATE OF SERVICE**

It is hereby certified that on November 12, 2012, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ Brian H. Meldrum*

905733:1:LOUISVILLE