UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAINT CATHERINE HOSPITAL OF OF INDIANA, LLC | ) ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 12-91316-BHL-11 |
| | ) | |

## NOTICE FOR OBJECTIONS

PLEASE TAKE NOTICE THAT the Court may grant the relief requested by this motion if no objection thereto is filed with the Clerk of the Court on or before January 24, 2013.

## MOTION FOR AN ORDER AUTHORIZING PRIVATE SALE OF MISCELLANEOUS EQUIPMENT FREE AND CLEAR OF LIENS
\* \* \*   \* \* \*   \* \* \*

Comes the Debtor, Saint Catherine Hospital of Indiana, LLC ("St. Catherine" or the "Debtor"), by counsel, and hereby moves the Court for entry of an Order authorizing the Debtor to sell certain miscellaneous, surplus equipment by private sale. In support of this Motion, Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction to hear this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper for these proceedings and this Motion in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief sought in this Motion are sections 105(a), 363(b), 363(f), and 1108 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Background

3.     On June 19, 2012 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. St. Catherine continues to manage its assets and operate its business as a debtor in possession pursuant to §§ 1107(a) and 1108.[1]

4.     An Official Committee of Unsecured Creditors has been appointed in this case, as well as a patient care ombudsman, pursuant to 11 U.S.C. § 333.

5.     The Debtor is a Delaware limited liability company which operates an acute care hospital located in Charlestown, Indiana (the "Hospital"). As of the Petition Date, the Debtor employed approximately 150 individuals.

6.     The Debtor has identified excessive equipment, a schedule of which is attached hereto as Exhibit A (collectively "the Equipment"). The Debtor has not marketed the Equipment or obtained an appraisal for the Equipment, but believes it has minimal value. The Debtor does not presently have a contract for sale of the Equipment, and considers disposing of miscellaneous, surplus equipment to be in the ordinary course of its business, but seeks an Order approving the sale in an abundance of caution.

7.     The Debtor has also received an offer to purchase one examination table (the "Exam Table") for $300 from Dr. Ramesh Sharma, a physician who contracts with the Debtor for services. A copy of the draft contract is attached hereto as Exhibit B. The Debtor considers disposing of miscellaneous, surplus equipment including the Exam Table to be in the ordinary course of its business, but seeks an Order approving the sale in an abundance of caution.

## Relief Requested

8.     By this Motion, Debtor seeks entry of an Order authorizing the sale of the Exam Table to Dr. Ramesh Sharma for $300.00 by private sale. The Debtor further seeks entry of an

---

[1] All statutes cited herein refer to the Bankruptcy Code unless otherwise specified.

2

order authorizing the Debtor to sell the Equipment by private sale, either as a lot or individually, in the event the Debtor receives any offers for the Equipment. Such sale may be to a medical provider employed by or who contracts with the Debtor.

9. The entry of the Order will permit the Debtor to dispose of miscellaneous, surplus equipment that would otherwise require storage.

10. No previous request for the relief sought herein has been made to this Court.

11. The Debtor shall report all private sales to the Court pursuant to Rule 6004(f) of the Bankruptcy Rules and Local Rule B-6004-1(f).

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to sell certain equipment by arms-length private sales.

Respectfully submitted,

/s/ James E. McGhee III
DAVID M. CANTOR
JAMES E. MCGHEE, III
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: mcghee@derbycitylaw.com
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on January 3, 2013, true and correct copies of the foregoing was served on the Third Master Service List Dated December 21, 2012 through (a) the Court's CM/ECF system, (b) electronic mail to an address provided by the person to receive notice, (c) or first-class mail.

        /s/ James E. McGhee III  
JAMES E. McGHEE III

G:\doc\DMC\SAINT CAT HOSPITAL\Pldgs\Mot Sell Misc Equipment.doc

Saint Catherine Hospital of Indiana, LLC
2200 Market Street
Charlestown, Indiana 47111

Chapter 11 Bankruptcy Case #12-91316-BHL-11
Southern District of Indiana

List of surplus equipment request to sell:

| Quantity | Description | Department |
|---|---|---|
| 1 | Small Shaver Set | Surgery Instrument Room |
| 2 | Arthroscopy Shaver Set | Surgery Instrument Room |
| 9 | Single Rectangle Pans | Central Sterile Supply |
| 1 | Foot Holder | Central Sterile Supply |
| 2 | Clean Instrument Transport Cart | Central Sterile Supply |
| 1 | DHS/DCS Basic Set | Central Sterile Supply |
| 1 | Arthroscopy Tray | Central Sterile Supply |
| 1 | Surgery Drill Hand Piece | Central Sterile Supply |
| 1 | Endoscopic Nasal Scope Set | Central Sterile Supply |
| 1 | Endoscopic Nasal Scope Set 30 | Central Sterile Supply |
| 1 | Endoscopic Nasal Scope Set 0 | Central Sterile Supply |
| 1 | Camera for Scope | Central Sterile Supply |
| 1 | Hibbs Osteotome Set | Central Sterile Supply |
| 1 | Arthrotic Set | Central Sterile Supply |
| 1 | T & A Set | Central Sterile Supply |
| 2 | Cystoscope | Central Sterile Supply |
| 1 | Brother ML 100 Typewriter | Central Sterile Supply |
| 24 | Miscellaneous Pans | Central Sterile Supply |
| 1 | Endotracheol Fitting (Ohio Medical) | Central Sterile Supply |
| 1 | Endotracheol Set | Central Sterile Supply |
| 1 | Codman Micro Hand Set | Central Sterile Supply |
| 1 | Ear Pick Set | Central Sterile Supply |
| 1 | Nose Set | Central Sterile Supply |
| 1 | Tympanic Mastoid Set | Central Sterile Supply |
| 1 | Hudson Drill | Central Sterile Supply |
| 1 | Sterile Pick Up | Central Sterile Supply |
| 1 | Arthroscopy Set | Central Sterile Supply |
| 1 | Cooper Surgical Set | Central Sterile Supply |



EXHIBIT A

**DRAFT**

State of Indiana                                                                                             $300.00
County of Clark

# Bill of Sale

FOR AND IN CONSIDERATION OF the sum of $300.00 U.S. Dollars inclusive with all sales tax, paid by Cash, the receipt of which is hereby acknowledged, _Saint Catherine Hospital of_ (the "Seller") of _~~Intrcare 2200~~ Market Street Charlestown In 47111 ~~India~~_ DOES HEREBY SELL, ASSIGN, AND TRANSFER to _Ramesh Sharma_ (the "buyer") of _416 Snyder Ct. Seymour, In 47274_ _____, the following described property (the "property"):

_One (1) Exam Table_

The Property is being sold on an "AS IS" basis and the Seller explicitly disclaims all warranties, whether expressed or implied, including but not limited to, any warranty as to the condition of the Property. However, the Seller's above warranty disclaimer does not, in any way, affect the terms of any applicable warranties from the manufacturer of the Property.

The Buyer has been given the opportunity to inspect the Property, or alternatively, have the Property inspected. Additionally, the Buyer has accepted the Property in its existing condition.

IN WITNESS WHEREOF, the parties have executed this Bill of Sale on _____.

By: _____ Date: _____
_____,  _____,

By: _____ Date: _____
_____,  _____,

**EXHIBIT B**