SO ORDERED: September 23, 2014.



_Basil H. Lorch III_
_Basil H. Lorch III_
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2014)

In re:

**Saint Catherine Hospital of Indiana LLC**,
    Debtor(s).

Case No. **12–91316–BHL–11**

## ORDER

A(n) Motion to Seal Document was filed on September 17, 2014, by Creditor People's Choice Hospital, LLC.

**IT IS ORDERED** that the Motion to Seal Document is **GRANTED** Court orders document to remain under seal until further order of this Court per hearing on 9/23/14.

Sealed documents must be filed electronically by selecting the Sealed Document event from the Miscellaneous menu. Failure to use the Sealed Document event will result in confidential information appearing on the public docket. Furthermore, sealed documents must be served pursuant to Fed.R.Bankr.P. 9014 **as the notice of electronic filing will not be issued**.

Attorney for Creditor People's Choice Hospital, LLC must distribute this order.

###