# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | SAINT CATHERINE HOSPITAL OF INDIANA LLC |
| **Case Number:** | 12-91316-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 18, 2014 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

**1)** Continued Hearing Re:   Motion for Entry of an Order (a) Appointing a Chapter 11 Trustee, (b) Converting the Case to Chapter 7 and Authorizing the Chapter 7 Trustee to Continue Operations Pending an Expedited Sale, or, (c) Compelling the Sale of the Hospital filed by People's Choice Hospital   [529]
**R / M #:**    0 / 0

   **VACATED:  Moot per Order appointing Trustee entered on 11/21/14.**

**2)** Continued Evidentiary Hearing Re:  Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 (regarding the Order Authorizing Consulting Agreement with Peoples Choice Hospital, LLC, and Associated Software Agreements with ECDS EmpowerSystems entered on 6/24/14) filed by James Edwin McGhee III on behalf of Debtor Saint Catherine Hospital of Indiana LLC   [519]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**3)** Continued Evidentiary Hearing Re:  Motion for Order of Contempt Pursuant to Fed.R.Bankr.P. 9020 filed by Harold D. Israel on behalf of Creditor People's Choice Hospital, LLC [537]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**4)** Continued Reset Hearing Re:   Motion to Dismiss Case or, in the Alternative, Convert Case to Chapter 7 filed by U.S. Trustee [472]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**5)** Continued Status Hearing Re:   Discovery dispute
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**6)** Continued Expedited Hearing Re:   Motion for Order of Contempt Pursuant to Fed.R.Bankr.P. 9020 filed by James Edwin McGhee III on behalf of Debtor Saint Catherine Hospital of Indiana LLC [558]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**7)** Continued Reset Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for United States of America, Internal Revenue Service in the amount of $1,787,706.07 filed by Jeffrey L Hunter on behalf of Creditor United States of America, Internal Revenue Service   [469]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**8)** Status Hearing Re:  Motion for Protective Order Pursuant to Fed.R.Bankr.P. 7026(c) filed by James Edwin McGhee III on behalf of Debtor Saint Catherine Hospital of Indiana LLC  [603]
**R / M #:**    0 / 0

   **VACATED:  Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    12-91316-BHL-11                    **THURSDAY, DECEMBER 18, 2014 10:00 AM**

**9)** Status Hearing Re:   Motion for Protective Order Pursuant to Fed.R.Bankr.P. 7026(c) filed by James Edwin McGhee III on behalf of Debtor Saint Catherine Hospital of Indiana LLC  [604]
**R / M #:**    0 /  0

   **VACATED:   Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**10)** Status Hearing Re:    Motion for Protective Order Pursuant to Fed.R.Bankr.P. 7026(c) filed by Harold D. Israel on behalf of Creditor People's Choice Hospital, LLC  [606]
**R / M #:**    0 /  0

   **VACATED:   Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**11)** Hearing Re:    Application for Payment of Administrative Expenses Pursuant to Sec. 503 for PremierCare Indiana, Inc. in the amount of $233,510.92 filed by Emily L Pagorski on behalf of Creditor PremierCare Indiana, Inc [652]
**R / M #:**    0 /  0

   **VACATED:   Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

**12)** Hearing Re:    Motion to Sell Property Free and Clear of Liens under 11 U.S.C. Sec. 363(f) (sale with prospective purchaser but other bids to be considered), filed by James Edwin McGhee III on behalf of Debtor Saint Catherine Hospital of Indiana LLC with a Limited Objection filed by New Washington State Bank   [659,670]
**R / M #:**    0 /  0

   **VACATED:   Matter continued to Hearing on 1/16/15 at 10:00 a.m. (Eastern) in Room 103 in New Albany.**

## *Appearances:*

## *Proceedings:*

**AMENDED TO INCLUDE ITEM NUMBER 12**
(1)  VACATED:  Moot per Order appointing Trustee entered on 11/21/14.
(2 THRU 12)   VACATED:   Matter continued to Hearing on 1/16/15 at 10:00 a.m .(Eastern) in Room 103, New Albany.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF Southern Indiana**

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**