UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 04/2014)

In re:

**Saint Catherine Hospital of Indiana LLC**,   Case No. **12–91316–BHL–11**
    Debtor(s).

# NOTICE OF HEARING

A(n) Application for Payment of Administrative Expenses Pursuant to Sec. 503 for People's Choice Hospital and ECDS Empowersystems in the amount of $882,000.57 (total) was filed on January 10, 2015, by Creditor People's Choice Hospital, LLC. The Court, after reviewing this document, determines that a(n) hearing is required.

    Hearing Re: Application for Payment of Administrative Expenses Pursuant to Sec. 503 for People's Choice Hospital and ECDS Empowersystems in the amount of $882,000.57 (total) filed by Harold D. Israel on behalf of Creditor People's Choice Hospital, LLC

    OBJECTIONS DUE BY 5:00 PM ON 1/14/15.

    H. Israel to make distribution of this hearing notice upon the most recently updated master service list.

**NOTICE IS GIVEN** that a(n) hearing will be held as follows:

    Date:  January 16, 2015
    Time:  10:00 AM EST
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  January 12, 2015                    Kevin P. Dempsey
                                              Clerk, U.S. Bankruptcy Court