## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SAINT CATHERINE HOSPITAL OF INDIANA, LLC** | ) ) | |
| | ) | **Case No. 12-91316-BHL-11** |
| Debtor. | ) | |
| | ) | |

### NOTICE OF AUCTION

Comes now Lyen C. Crews II, as Chapter 11 Trustee (the "**Trustee**") for the Debtor, Saint Catherine Hospital of Indiana, LLC ("**Saint Catherine**" or the "**Debtor**"), by counsel, and hereby gives notice to the Court and parties-in-interest that pursuant to the Order (A) Approving Bidding Procedures and Bidding Protections in Connection with Asset Sale and (B) Approving Form and Manner of Notice of Auction and Sale Hearing (the "**Procedures Order**") [Doc 699], the Trustee will conduct an Auction for the Assets and Hospital on January 14, 2015 at 11:00 a.m. (Eastern Time) at 101 S. Fifth Street, Suite 2500, Louisville, Kentucky 40202.

Respectfully submitted,

**DINSMORE & SHOHL, LLP**

*/s/  Ellen Arvin Kennedy, Esq.*
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.
Dinsmore & Shohl, LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Facsimile: (859) 425-1099
Email:  ellen.kennedy@dinsmore.com
          john.spires@dinsmore.com
**COUNSEL FOR LYEN C. CREWS II, AS
CHAPTER 11 TRUSTEE FOR SAINT
CATHERINE HOSPITAL OF INDIANA, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that on the 13th day of January, 2015, true and correct copies of the foregoing was served on the Fifth Master Service List Dated August 27, 2014, through (a) the Court's CM/ECF system, (b) electronic mail to an address provided by the person to receive notice, (c) or first-class mail.

/s/  Ellen Arvin Kennedy, Esq.
**COUNSEL FOR TRUSTEE**

7419757v1