IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SAINT CATHERINE HOSPITAL OF ) | CASE NO. 12-91316 BHL 11 |
| INDIANA, LLC, ) | |
| ) | |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER (1) APPROVING SALE OF CERTAIN DEBTOR'S ASSETS; (II) GRANTING AUTHORITY TO RESOLVE LICENSING AND MEDICARE ISSUES; (III) APPROVING DISPOSITION OF PROPERTY OWNED BY SAINT CATHERINE HEALTHCARE, LLC; (IV) APPROVING CESSATION OF ALL OPERATIONS OF THE DEBTOR; AND (V) GRANTING RELATED RELIEF**

Nancy J. Gargula, United States Trustee, by counsel, Laura A. DuVall, Trial Attorney, objects to Saint Catherine Hospital of Indiana, LLC's (the "Debtor") Motion for an order (1) approving sale of certain debtor's assets; (ii) granting authority to resolve licensing and Medicare issues; (iii) approving disposition of property owned by Saint Catherine Healthcare, LLC; (iv) approving cessation of all operations of the debtor; and (v) granting related relief ("Sale Motion") and in support thereof states as follows:

1. On June 19, 2012 (the "Petition Date") the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

1

2. An Official Committee of Unsecured Creditors (the "UCC") has been appointed in this case, as well as a Patient Care Ombudsman.

3. The Court appointed Lyen C. Crews, II, (the "Chapter 11 Trustee") as trustee in this case, pursuant to 11 U.S.C. §1104[1], on November 21, 2014.

4. On April 20, 2015, the Chapter 11 Trustee filed the Sale Motion and sought an expedited hearing on the matter. The Sale Motion is set for a hearing on April 28, 2015, at 10:00 a.m.

5. The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA") amended the Bankruptcy Code ("Code") in many significant respects, including a new focus on privacy concerns which may stem from bankruptcy proceedings.

6. BAPCPA amended § 363(b) and added § 332 to the Code. These sections both address privacy and identity theft concerns that arise from the sale of estate assets which may contain "personally identifiable information" ("PII").

7. PII is a very broad term defined in § 101(41A) as:

> The term "personally identifiable information"
>
> means–
>
> (A) if provided by an individual to the debtor in connection with obtaining a product or a service

---

[1] All section references are to Title 11 of the United States Code unless otherwise noted.

2

from the debtor primarily for personal, family, or household purposes–

    (i) the first name (or initial) and last name of such individual, whether given at birth or time of adoption, or resulting from a lawful change of name;

    (ii) the geographical address of a physical place of residence of such individual;

    (iii) an electronic address (including an e-mail address) of such individual;

    (iv) a telephone number dedicated to contacting such individual at such physical place of residence;

    (v) a social security account number issued to such individual; or

    (vi) the account number of a credit card issued to such individual; or

(B) if identified in connection with 1 or more of the items of information specified in subparagraph (A)--

    (i) a birth date, the number of a certificate of birth or adoption, or a place of birth; or

    (ii) any other information concerning an identified individual that, if disclosed, will result in contacting or identifying such individual physically or electronically.

8.     The Sale Motion requests permission to sell certain miscellaneous items of personal property ("Purchased Assets") as defined in the Asset Purchase Agreement ("APA") with a selling price of $250,000. Sale Motion ¶ 25.

APA ¶ 1.1. The Purchased Assets include "all patient, medical, and personnel records . . ., including, without limitation, medical administrative libraries, medical records, patient billing records, documents, catalogs, books records, and files; . . .."  APA ¶ 1.1(i).

9. Section 363(b)(1) restricts the Debtor's ability to sell PII where "the debtor in connection with offering a product or a service disclose[d] to an individual a policy prohibiting the transfer of personally identifiable information about individuals to persons that are not affiliated with the debtor and if such policy is in effect on the date of the commencement of the case…" If such a privacy policy existed on the date of the petition then the debtor may not sell or lease personally identifiable information to any person unless--

>(A) such sale or such lease is consistent with such policy; or

>(B) after appointment of a consumer privacy ombudsman in accordance with § 332, and after notice and a hearing, the court approves such sale or such lease–

>>(i) giving due consideration to the facts, circumstances, and conditions of such sale or such lease; and

>>(ii) finding that no showing was made that such sale or such lease would violate applicable nonbankruptcy law.

§ 363(b)(1).

10. The Debtor has not yet provided its privacy policies, if any, nor has it alleged the lack of a privacy policy in the Sale Motion. In the event the Debtor had a privacy policy in place at the time of the filing of this case, which it likely did in light of other legal requirements regarding medical records, the Debtor should be required to submit the same to the Court for review. The Court can then determine if the proposed sale of assets containing PII is in compliance with that privacy policy. To the extent a sale is proposed in contravention of the stated privacy policy, the appointment of an consumer privacy ombudsman is required under § 332 pursuant to § 363(b)(1)(B).

Wherefore, the United States Trustee requests that this Court deny the Sale Motion or, in the alternative, reset this matter with notice consistent with Fed.R.Bankr.Pro. 2002(a)(2) after a determination is made as to the applicability of § 332.

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By: /s/ Laura A. DuVall
Laura A. DuVall
Trial Attorney
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6101
Fax (317) 226-6356
Laura.Duvall@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 24, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Matthew C. Abad    mabad@blommerpeterman.com, kreid@blommerpeterman.com;bkecfnotices@blommerpeterman.com
Jonathan E. Aberman    jaberman@vedderprice.com
Kirk B Burkley    kburkley@bernsteinlaw.com
W. Brian Burnette    bburnette@afpfirm.com
David M. Cantor    cantor@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;mcghee@derbycitylaw.com
LeGrand Lockwood Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
Christopher T. Conte    ctc@helmsinglaw.com, dwc@helmsinglaw.com
Lyen C. Crews    CrewsCPA@gmail.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, stephanie.patrick@atg.in.gov,Maricel.skiles@atg.in.gov
Rachele L. Cummins    rachele@smithcarpenterlaw.com, delena@smithcarpenterlaw.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Henry A. Efroymson    henry.efroymson@icemiller.com
Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Laura A Harbison    lah@harbisonlaw.com
Jeffrey A Hokanson    jhokanson@fbtlaw.com, tacton@fbtlaw.com
Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
Harold D. Israel    haroldi@goldmclaw.com, seanw@restructuringshop.com;teresag@restructuringshop.com
Michael R Johnson    mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
Russell Ray Johnson    russj4478@aol.com
Todd Joseph Kaiser    todd.kaiser@ogletreedeakins.com, deanna.isenthal@ogletreedeakins.com
Ellen Arvin Kennedy    ellen.kennedy@dinsmore.com, DSBankruptcy@dinsmore.com

G. Marshall Kent    marshall.kent@smithmoorelaw.com, donna.dorrough@smithmoorelaw.com
Martha R. Lehman    mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
James Edwin McGhee    mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
James Edwin McGhee    mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
Brian H Meldrum    bmeldrum@stites.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Whitney L Mosby    wmosby@bgdlegal.com, mmcclain@bgdlegal.com;smays@bgdlegal.com
Emily L Pagorski    emily.pagorski@skofirm.com, emily.keith@skofirm.com
Lisa M Peters    lisa.peters@kutakrock.com
David Cooper Robertson    crobertson@stites.com, docketclerk@stites.com
Mark J. Sandlin    msandlin@goldbergsimpson.com, mmitchell@goldbergsimpson.com;mkeane@goldbergsimpson.com
Daniel Robert Schimizzi    dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com
Lena Kai Seward    lseward@gannottlaw.com
Maricel E.V. Skiles    maricel.skiles@atg.in.gov, Stephanie.Patrick@atg.in.gov
Lauren C. Sorrell    lsorrell@kdlegal.com
John Moose Spires    john.spires@dinsmore.com
Lartease M Tiffith    larteaset@goldmclaw.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Stephen W Voelker    klvswv@aol.com, llkeown@aol.com

I further certify that on April 24, 2015, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

                                        /s/ Laura A. DuVall
                                        Laura A. DuVall
                                        Trial Attorney
                                        Office of the United States Trustee
                                        101 W. Ohio Street, Suite 1000
                                        Indianapolis, IN 46204
                                        Tel. (317) 226-6101
                                        Fax (317) 226-6356
                                        Laura.Duvall@usdoj.gov