## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **SAINT CATHERINE HOSPITAL OF INDIANA, LLC** ) | |
| ) | **Case No. 12-91316-BHL-11** |
| **Debtor.** ) | |
| ) | |

### NOTICE OF FILING OF SECOND AMENDED ASSET PURCHASE AGREEMENT

Lyen C. Crews II, as Chapter 11 Trustee (the "Trustee") for the Debtor, Saint Catherine Hospital of Indiana, LLC ("Debtor"), by counsel, hereby gives notice of the filing of the Second Amended Asset Purchase Agreement by and between Jaymed, LLC and the Trustee. The original Asset Purchase Agreement was filed as Exhibit 4 to the Trustee's Verified Emergency Motion for an Order (I) Approving Sale of Certain of Debtor's Assets; (II) Granting Authority to Resolve Licensing and Medicare Issues; (III) Approving Disposition of Property Owned by Saint Catherine Healthcare, LLC; (IV) Approving Cessation of All Operations of the Debtor; and (V) Granting Related Relief [Doc 874] filed on April 20, 2015 and the Amended Asset Purchase Agreement [Doc 891] was filed on April 27, 2015. In response to objections to the terms of the original Asset Purchase Agreement, the Trustee has proposed amendments to that Agreement to address the objections raised. The Second Amended Asset Purchase Agreement is attached hereto.

        Respectfully submitted,

        **DINSMORE & SHOHL, LLP**

        */s/ Ellen Arvin Kennedy, Esq.*
        Ellen Arvin Kennedy, Esq.
        John M. Spires, Esq.
        Dinsmore & Shohl, LLP
        250 W. Main Street, Suite 1400
        Lexington, Kentucky 40507
        Phone: (859) 425-1000
        Facsimile: (859) 425-1099
        Email: ellen.kennedy@dinsmore.com
                john.spires@dinsmore.com
        **COUNSEL FOR LYEN C. CREWS II, AS CHAPTER 11 TRUSTEE FOR SAINT CATHERINE HOSPITAL OF INDIANA, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that on the 8th day of May, 2015, true and correct copies of the foregoing was served on the Sixth Master Service List Dated April 10, 2015, through (a) the Court's CM/ECF system, (b) electronic mail to an address provided by the person to receive notice, (c) or first-class mail.

        */s/ Ellen Arvin Kennedy, Esq.*
        **ATTORNEY FOR TRUSTEE**

9626343