# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SAINT CATHERINE HOSPITAL OF INDIANA LLC |
| **Case Number:** | 12-91316-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 15, 2015 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

### Matters:

1) Continued Hearing Re:   Motion for Relief from Stay filed by Jeffrey L Hunter on behalf of Creditor United States of America, HHS  with a Response in Opposition to Motion for Relief from Stay filed by Ellen Arvin Kennedy on behalf of Trustee Lyen C. Crews II and an Objection filed by Peter M Gannott on behalf of Creditor Committee Unsecured Creditor Committee and a Reply filed by Creditor United States of America, HHS  [808, 828, 829, 830]
   **R / M #:**   0 / 0

2) Continued Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Merlyn E. Knapp in the amount of $67181.97 filed by John A. Majors on behalf of Creditor Merlyn E Knapp [867]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Motion to Continue hearing filed. Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern). Court to issue notice.**

3) Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by Ellen Arvin Kennedy on behalf of Trustee Lyen C. Crews II  [867,901]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Motion to Continue hearing filed. Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern). Court to issue notice.**

4) Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by Peter M Gannott on behalf of Creditor Committee Unsecured Creditors  [867,902]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Motion to Continue hearing filed. Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern). Court to issue notice.**

5) Continued Status Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for United States of America, Internal Revenue Service in the amount of $1,787,706.07   [469]
   **R / M #:**   0 / 0

6) Continued Hearing Re: Hearing Re: Application for Payment of Administrative Expenses Pursuant to Sec. 503 for ONYX Healthcare Inc. in the amount of $69,896.16 filed by Matthew C. Abad on behalf of Creditor ONYX Healthcare Inc [848]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Entry filed on 7/14/15.  No hearing needed.**

7) Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by Peter M Gannott on behalf of Creditor Committee Unsecured Creditor Committee with a Response in Opposition to Objection filed by Matthew C. Abad on behalf of Creditor ONYX Healthcare Inc [848,869,879]
   **R / M #:**   0 / 0

8) Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by Ellen Arvin Kennedy on behalf of Trustee Lyen C. Crews II with a Response in Opposition to Objection filed by Matthew C. Abad on behalf of Creditor ONYX Healthcare Inc [848,878,880]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Entry filed on 7/14/15.  No hearing needed.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   12-91316-BHL-11                WEDNESDAY, JULY 15, 2015 10:00 AM

9) Hearing Re:  Objection to Claim 129 - Merylyn E. Knapp  filed by Ellen Arvin Kennedy on behalf of Trustee Lyen C. Crews II  with a Response in Opposition to Objection filed by John A. Majors on behalf of Creditor Merlyn E Knapp [903, 917]
   R / M #:     0 / 0

10) Hearing Re:  Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Beckman Coulter, Inc. in the amount of $43,217.46 filed by Daniel Robert Schimizzi on behalf of Creditor Beckman Coulter, Inc  [929]
    R / M #:     0 / 0

    VACATED:  Agreed Entry filed on 7/14/15.  No hearing needed.

11) Reset Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for People's Choice Hospital and ECDS Empowersystems in the amount of $882,000.57 (total) filed by Harold D. Israel on behalf of Creditor People's Choice Hospital, LLC  [729]
    R / M #:     0 / 0

*Appearances:*

    JOHN MOOSE SPIRES, ATTORNEY FOR LYEN C. CREWS
    LYEN C. CREWS, TRUSTEE
    HAROLD D. ISRAEL, ATTORNEY FOR PEOPLE'S CHOICE HOSPITAL, LLC
    DANIEL ROBERT SCHIMIZZI, ATTORNEY FOR BECKMAN COULTER, INC.
    JEFFREY L HUNTER, ATTORNEY FOR UNITED STATES OF AMERICA, HHS, UNITED STATES OF AMERICA, INTERNAL REVEN
    MATTHEW C. ABAD, ATTORNEY FOR ONYX HEALTHCARE INC.
    PETE GANNOTT - ATTORNEY FOR CREDITORS COMMITTEE
    LAURA DUVALL - UST

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    12-91316-BHL-11                WEDNESDAY, JULY 15, 2015 10:00 AM

## *Proceedings:*

*(1) Disposition: Telephone Conference held.   Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern).  Notice given at the telephonic conference.
(2,3,4) VACATED:   Agreed Motion to Continue hearing filed. Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern). Court to issue notice.
(5) Disposition: Telephone Conference held.    Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern).  Notice given at the telephonic conference.
(6) VACATED:   Agreed Entry filed on 7/14/15.  No hearing needed.
(7) Disposition: Telephone Conference held.    Objection still pending.  Court to review attached Affidavit and make a determination
(8) VACATED:   Agreed Entry filed on 7/14/15.  No hearing needed.
(9) Disposition: Telephone Conference held.    Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern).  Notice given at the telephonic conference.
(10) VACATED:  Agreed Entry filed on 7/14/15.  No hearing needed.
(11) Disposition: Telephone Conference held.  Matter continued to Hearing on 10/13/15 at 10:00 a.m. (Eastern).  Notice given at the telephonic conference.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**