UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 04/2014)

In re:

**Saint Catherine Hospital of Indiana LLC**,                    Case No. **12–91316–BHL–11**
      Debtor(s).

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a(n) hearing is required to evaluate the following matter(s):

    Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 Re: Health and Human Services filed by Ellen Arvin Kennedy on behalf of Trustee Lyen C. Crews II with an Objection filed by Creditors' Committee

**NOTICE IS GIVEN** that a(n) hearing will be held as follows:

    Date:  October 13, 2015
    Time:  10:00 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  July 17, 2015                                      Kevin P. Dempsey
                                                             Clerk, U.S. Bankruptcy Court